

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County
302-577-8303

April 5, 2005

The Honorable Gregory M. Sleet
United States District Court                                                            BY HAND
844 N. King Street
Wilmington, DE 19801

                Re:        **Marvel v. Prison Industries, et al.**
                            <u>**C.A. No. 99-113-GMS**</u>

Dear Judge Sleet:

      This is in response to Your Honor's Notice dated April 1, 2005, setting a status teleconference for April 12, 2005. We are currently discussing with our client the possibility of an appeal of Your Honor's March 23, 2005 Order to the Third Circuit Court of Appeals on qualified immunity grounds. If such an appeal is filed, any scheduling order which assumes no appeal would become moot. I believe that we have until April 22, 2005, in which to file an appeal. Therefore, I am asking that the status teleconference be taken off the calendar and that no status teleconference be scheduled until after April 22, 2005. Thank you.

                                      Respectfully submitted,

                                        /s/
                                      Richard W. Hubbard
                                      Deputy Attorney General

xc:    Clerk of Court (via electronic delivery)
        David A. Felice, Esquire (via electronic delivery)
        Edward C. Gill, Esquire (via electronic delivery)