

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

April 6, 2005

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax    866.776.8911
dfelice@cozen.com

**VIA ECF FILING**

The Honorable Gregory M. Sleet
c/o Clerk of Court
United States District Court
844 North King Street
Wilmington, DE  19801

Re:   *Marvel v. Prison Industries,* C.A. No. 99-113-GMS

Dear Judge Sleet:

I write in response and opposition to Defendants' letter of April 5, 2005 requesting a postponement of the April 12 status conference. Plaintiff does not believe that an appeal on the grounds of qualified immunity would be an appeal of a final order as required by 28 U.S.C. §1291. This is true given the fact that any disposition of the qualified immunity issue would not necessarily dispose of the state law cause of action. *See* 10 *Del. C.* § 4001.

Should Defendants seek review of Your Honor's decision on the qualified immunity issue as an interlocutory order deserving of appeal, Plaintiff would respectfully request the right to briefly discuss this issue before the matter is fully considered.

In either event, Plaintiff stands ready to participate in the status conference as presently scheduled or at any postponement thereof. As always, should Your Honor have any questions or concerns, counsel is available at Your Honor's convenience.

Respectfully,

David A. Felice

DAF/sjr
cc:   Richard W. Hubbard, Esq. (via ECF filing)
      Edward C. Gill, Esq. (via first class mail)
      Larry D. Marvel (via first class mail)

WILM1\29037\1 095562.000