

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

April 13, 2005

**VIA ECF**

David A. Felice
Direct Phone 302.295.2011
Direct Fax   866.776.8911
dfelice@cozen.com

The Honorable Gregory M. Sleet
c/o Clerk of the Court
United States District Court
844 North King Street
Lockbox 19
Wilmington, DE  19801

Re:   *Marvel v. Prison Industries,* C.A. No. 99-113-GMS

Dear Judge Sleet:

I write concerning the Minute Entry for the status conference held before Your Honor on April 12, 2005. In that entry, Your Honor referenced my client's suit filed against the Delaware Department of Correction in the Delaware Superior Court. I enclose a courtesy copy of the Complaint in that matter. In the Complaint, Mr. Marvel asserts only one state law claim against the Department of Correction, alone. The Complaint does not assert a cause of action against any of the individual defendants presently before this Court in the captioned matter.

I would like to stress for Your Honor that this filing was necessitated by the State's unwillingness to have my client's case against the Department of Correction adjudicated in federal court. It is based on the State's refusal to have the parties' disputes adjudicated in one, efficient proceeding that the State court filing was required. Moreover, the State court action will only act to adjudicate the Department of Correction's culpability for Mr. Marvel's injuries and will not directly implicate the individual defendants' liability for compensating Mr. Marvel for his injuries.

In summary, while the underlying factual predicate for the State court action is the same as the captioned matter, any adjudication of the parties' rights under that action will be entirely different from the captioned matter.

A final redress of Mr. Marvel's grievances against the individual defendants should not be further delayed by the State's unwillingness to have the entire matter heard before one court. Indeed, Plaintiff desires that the case be heard before this Court, given the advanced stage of the parties' litigation efforts to date.

WILM1\29995\1 095562.000

The Honorable Gregory M. Sleet
April 13, 2005
Page 2

---

      As always, should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

                                  Respectfully,

                                  David A. Felice

DAF/sjr
Attachments
cc:    Richard W. Hubbard, Esq. (*via ECF*)
       Edward C. Gill, Esq. (*via ECF*)
       Larry D. Marvel (*via first class mail, w/o attachments*)

WILM1\29995\1 095562.000