IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LARRY D. MARVEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C.A. No. 99-113-GMS |
| | ) | |
| **STANLEY TAYLOR, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants, Stanley Taylor, Dave Kahlili, Ed Bowers, and Ed Moore, hereby appeal to the United States Court of Appeals for the Third Circuit from the District Court's Order dated March 23, 2005, denying qualified immunity to Defendants with regard to Plaintiff's claims.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE


    /s/  Richard W. Hubbard

    _____
    Richard W. Hubbard, I.D. #2442
    Ophelia M. Waters, I.D. #3879
    Deputy Attorneys General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    302-577-8400
Dated:  April 20, 2005    Richard.Hubbard@state.de.us
    Attorneys for Defendants

# CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on April 20, 2005, he caused the foregoing document to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

David A. Felice, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edward C. Gill, Esquire
16 North Bedford Street
P.O. Box 824
Georgetown, DE 19947-0824

**MANNER OF DELIVERY:**

X One true copy by electronic delivery.

___One true copy by facsimile transmission to each recipient

___Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/ Richard W. Hubbard

_____
Richard W. Hubbard, I.D. # 2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400