IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LARRY D. MARVEL, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 99-113-GMS |
| PRISON INDUSTRIES; STANLEY TAYLOR; JOYCE TALLEY; DAVE KAHLILI; ED BOWERS; ED MOORE; and PRISON HEALTH SERVICES, INC., | : | |
| Defendants. | : | |

### STIPULATION OF WITHDRAWAL OF COUNSEL

The undersigned counsel for Plaintiff, Larry D. Marvel, hereby stipulate and agree, subject to the approval of the Court, to the withdrawal of Edward C. Gill, Esquire as counsel for Plaintiff Larry D. Marvel.


/s/ Edward C. Gill                                         /s/ David A. Felice
Edward C. Gill (#2112)                              David A. Felice (#4090)
Law Office of Edward C. Gill, P.A.         Cozen O'Connor
16 North Bedford Street                          1201 North Market Street, Suite 1400
P.O. Box 824                                              Wilmington, DE 19801
Georgetown, DE 19947                           Telephone: (302) 295-2011
Telephone: (302) 854-5400                    Facsimile: (302) 295-2013
Facsimile: (302 854-5409

   IT IS SO ORDERED this ____ day of _____, 2005.


                                                                    _____
                                                                    The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on May 19, 2005, true and correct copies of the foregoing were caused to be served upon counsel of record at the following addresses as indicated:

**Electronically Via ECF**
Richard Hubbard
Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

*David A. Felice*
David A. Felice (#4090)

WILM1\30480\1 095562.000