UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-2261

LARRY D. MARVEL

v.

PRISON INDUSTRIES; STANLEY TAYLOR;
JOYCE TALLEY; DAVE KAHLILI;
ED MOORE; ROBERT SNYDER;
PRISON HEALTH SERVICES, INC.;
JOHN DOE EMPLOYEE; JANE DOE EMPLOYEE;
ED BOWERS

STANLEY TAYLOR, DAVE KAHLILI;
ED BOWERS; ED MOORE, Appellants

On Appeal from the United States District Court
for the District of Delaware

(D.C. No. 99-cv-00113)
District Judge: The Honorable Gregory M. Sleet

ARGUED APRIL 26, 2006

BEFORE: SCIRICA, Chief Judge, and NYGAARD, Circuit Judge.,
and YOHN,[1] District Judge.

---

[1] Honorable William H. Yohn, Jr., Senior District Judge for the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

## JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and was argued by counsel on April 26, 2006.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that this appeal be DISMISSED for lack of jurisdiction.

Costs taxed against the Appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:


/s/ Marcia M. Waldron
Clerk

Date: May 5, 2006

Certified as a true copy and issued in lieu of a formal mandate on 5/30/06

Teste: *[signature]*
Clerk, U.S. Court of Appeals for the Third Circuit