

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

June 1, 2006

David A. Felice
Direct Phone 302.295.2011
Direct Fax   866.776.8911
dfelice@cozen.com

**VIA ECF**

The Honorable Gregory M. Sleet
c/o Clerk of the Court
United States District Court
844 North King Street
Lockbox 19
Wilmington, DE 19801

Re:   *Marvel v. Prison Industries*, C.A. No. 99-113-GMS

Dear Judge Sleet:

Plaintiff writes to request that the Court set a date for a scheduling conference in the above-referenced matter so that a trial date can be established. On May 5, 2006, the Third Circuit Court of Appeals dismissed defendants' appeal on jurisdictional grounds. (D.I. 298). Prior to defendants' appeal, the parties submitted all pretrial materials for the Court's consideration, including motions *in limine* and the proposed Pretrial Order.

As always, should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

Respectfully,

*David A. Felice*

David A. Felice

DAF/sjr
cc:   Clerk of the Court (*via ECF*)
   Richard W. Hubbard, Esq. (*via ECF*)
   Larry D. Marvel (*via first class mail*)

WILMINGTON\34984\1095562.000