OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4952 |

www.ca3.uscourts.gov

May 30, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 05-2261
    Marvel  vs. Prison Ind Inc
    D.C. No. 99-cv-00113

Dear Mr. Dalleo:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

(x) We return herewith the certified record in the case(s).
    Partial record received: documents 287-293, 295,296    *ECF documents*

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Carmen Hernandez/mo
    Carmen Hernandez
    Case Manager

*no record returned ps*

*REC. MISSING*

Enclosure