IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY D. MARVEL, | : |
| Plaintiff, | : C.A. No. 99-113-GMS |
| v. | : |
| PRISON INDUSTRIES, *et al.,* | : |
| Defendants. | : |

## STIPULATED PROPOSED SCHEDULING ORDER

By and through their undersigned counsel, the parties hereby stipulate and agree, subject to Court approval, to the following schedule regarding the trial in this matter:

**Pretrial Order (Supplemental Version):** October 19, 2006

**Pretrial Conference:** November 9, 2006 at 9:30 a.m.

**Jury Trial (5-day):** November 27, 2006 at 9:00 a.m.

David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*

Richard W. Hubbard (#2442)
Ophelia M. Waters (#3879)
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
*Attorneys for Defendants*

IT IS SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

WILMINGTON\35537\1163557.000