

**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

New Castle County
302-577-8303

October 4, 2006

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Marvel v. Prison Industries, et al.
                 C.A. No. 99-113-GMS

Dear Judge Sleet:

    This is to advise the Court that the above-referenced civil action has been settled by the parties and may be withdrawn from the Court's trial calendar. Trial is currently scheduled for November 27-December 1, 2006. A pre-trial conference is currently scheduled for November 9, 2006, at 9:30 a.m. Simultaneous with the filing of this letter, I am filing a proposed Stipulation and Order, signed by the parties, to dismiss this action.

    Thank you.

                                                     Respectfully submitted,

                                                     /s/ Richard W. Hubbard
                                                     Richard W. Hubbard (Bar ID #2442)
                                                     Deputy Attorney General
                                                     richard.hubbard@state.de.us

xc:     Clerk of Court (via electronic delivery)
           David A. Felice, Esquire (via electronic delivery)
           Ophelia M. Waters, Esquire (via electronic delivery)