IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY D. MARVEL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 99-113-GMS |
| STANLEY TAYLOR, DAVE KAHLILI, | ) |
| ED MOORE, and ED BOWERS, | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

The parties to this case, acting through their authorized counsel, hereby stipulate and agree as follows, subject to approval of the Court:

For good and valuable consideration, and to resolve this dispute without further litigation, the plaintiff dismisses all his claims against all defendants with prejudice, including any claims for attorneys fees or other fees or costs.

Counsel for Plaintiff:                                  Counsel for Defendants:

_____           _____
David A. Felice (Bar # 4090)                        Richard W. Hubbard (Bar #2442)
Cozen O'Connor                                          Deputy Attorney General
1201 North Market Street, Suite 1400         Delaware Department of Justice
Wilmington, DE 19801-1147                       820 N. French Street, 6th Floor
(302) 295-2011                                              Wilmington, DE 19801
dfelice@cozen.com                                      (302) 577-8308
                                                                      richard.hubbard@state.de.us

Dated: ~~September~~ October 4, 2006

IT IS SO ORDERED, this ____ day of _____, 2006.

_____
United States District Judge